IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PENNY L. LATIMER and**  **PLAINTIFFS**
**JENNIFER L. UTTON**

**v.**  **CAUSE NO.: 1:21-cv-389-HSO-RPM**

**STATE FARM MUTUAL AUTOMOBILE**
**INS. CO. and JOHN AND JANE**
**DOES A, B, C, AND D**  **DEFENDANTS**

**DEFENDANT STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY'S RESPONSE**
**TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

COMES NOW, the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** (hereinafter "State Farm"), by and through its counsel of record, and files this its Response to Plaintiff's Motion to Amend Complaint [Doc. 6] and for cause would show unto the Court as follows:

1. State Farm does not oppose Plaintiffs' Motion to Amend Complaint [Doc. 6].

WHEREFORE, State Farm hereby notes its non-objection to Plaintiffs' Motion to Amend Complaint [Doc. 6].

DATED: January 25, 2022.

           Respectfully submitted,

           BRYAN, NELSON, SCHROEDER,
           CASTIGLIOLA & BANAHAN, PLLC
           Attorneys for Defendant,
           **STATE FARM MUTUAL AUTOMOBILE**
           **INSURANCE COMPANY**

           BY: /s/ Michael R. Moore
            **JOHN A. BANAHAN (MSB 1731)**
            **MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
john@bnscb.com
michael@bnscb.com

## CERTIFICATE OF SERVICE

I, **MICHAEL R. MOORE**, one of the attorneys for the Defendant, **STATE MUTUAL AUTOMOBILE INSURANCE COMPANY**, do hereby certify that I have this date electronically filed the Response to Plaintiffs' Motion to Amend Complaint with the Clerk of Court using the ECF system which sent notification of such filing all counsel of record.

**DATED**:  January 25, 2022.

                      /s/ Michael R. Moore
                      **MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
michael@bnscb.com