IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISON

PENNY L. LATIMER and  **PLAINTIFFS**
JENNIFER L. UTTON

VERSUS  CAUSE NO.: 1:21-cv-389-HSO-RPM

WILLIAM D. BREWER;
STATE FARM MUTUAL AUTOMOBILE INS. CO.; and
JOHN AND JANE DOES A, B, AND C  **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY AND RETENTION OF ORIGINALS

**PLEASE TAKE NOTICE** that I, **MICHAEL R. MOORE**, attorney for the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, do hereby certify that I have this date emailed to Plaintiffs' counsel a true and correct copy of the following:

1. Defendant State Mutual Automobile Insurance Company's First Set of Interrogatories propounded to Plaintiff Jennifer Utton; and

2. Defendant State Mutual Automobile Insurance Company's First Set of Request for production to Plaintiff Jennifer Utton.

and this **Notice**, and, further, that I have retained the originals of such pre-discovery papers in my office, pursuant to local rule.

**DATED** this the ___10th___ day of ___February___, 2022.

Respectfully submitted,

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys for Defendant,

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

BY: <u>/s/ Michael R. Moore</u>
**JOHN A. BANAHAN (MSB 1731)**
**MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER,**
**CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No. (228) 762-6631
Fax No. (228)769-6392
john@bnscb.com
michael@bnscb.com

# CERTIFICATE OF SERVICE

I, **MICHAEL R. MOORE**, one of the attorneys for the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, do hereby certify that I have this date electronically filed the foregoing <u>Notice of Service and Retention of Originals</u> with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

**DATED**: February 10, 2022.

/s/ Michael R. Moore
**MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No. (228) 762-6631
Fax No. (228)769-6392
michael@bnscb.com